LAW OFFICES OF
**REINER, SLAUGHTER,
MAINZER & FRANKEL, LLP**
804 Third Street
Eureka, CA 95501
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Benjamin H. Mainzer State Bar No. 257748
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ORTIZ, individually and as successor in interest to Ricardo Ortiz, deceased; S.S., a minor, by and through her guardian ad litem, Jessica Ortiz; and L.O, a minor, by and through her guardian ad litem, Jessica Ortiz,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF TRINITY, CALIFORNIA, a local government entity; DEPUTY BEN SPENCER, in his individual capacity; SHERIFF TIM SAXON, in his individual capacity; and DOES 1-40 inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  2:21-cv-02248-JAM-AC<br><br><br><br><br>**ORDER APPOINTING GUARDIAN AD LITEM FOR L.O., A MINOR** |

The Court, having considered the motion of L.O. for the appointment of Jessica Ortiz as guardian ad litem for L.O., and good cause appearing therefore.

**IT IS HEREBY ORDERED** that Jessica Ortiz be, and she is, hereby appointed as

////

////

ORDER APPOINTING GUARDIAN AD LITEM FOR L.O., A MINOR                                    PAGE 1

guardian ad litem of L.O., a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATED: December 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE