UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ORTIZ, individually and as successor in interest to Ricardo Ortiz, deceased; S.S., a minor, by and through her guardian ad litem, Jessica Ortiz; and L.O., a minor, by and through her guardian ad litem, Jessica Ortiz,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TRINITY, CALIFORNIA, a local government entity; DEPUTY BEN SPENCER, in his individual capacity; SHERIFF TIM SAXON, in his individual capacity, and DOES 1-40 inclusive,<br><br>Defendants. | No. 2:21-cv-02248-KJM-AC |
| JOSEPH NIEVES; EMERALD ACRES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TRINITY; TRINITY COUNTY SHERIFF'S DEPARTMENT (TCSO); BENJAMIN SPENCER, in his official capacity of Deputy of the TCSO; SCOTT CAVALLI, in his official capacity of Deputy of the TCSO; NATHANIAL | No. 2:22-cv-00270-TLN-JDP<br><br>**RELATED CASE ORDER** |

1

TRUJILLO, in his official capacity of Deputy of the TCSO; TIM SAXON, in his official capacity of Sheriff of the TCSO; TRINITY COUNTY PLANNING DEPARTMENT – CANNABIS DIVISION; and JOHN/JANE DOES and DOES 1 through 100, Inclusive,

Defendant.

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:22-cv-00270 is reassigned from District Judge Troy L. Nunley to the undersigned and from Magistrate Judge Jeremy D. Peterson to Magistrate Judge Allison Claire. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:22-cv-00270-KJM-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 17, 2022.

CHIEF UNITED STATES DISTRICT JUDGE