UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Ortiz, et al., | No. 2:21-cv-02248-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| County of Trinity, et al. | |
| Defendants. | |

The court has reviewed the parties' briefing regarding defendants' second motion to dismiss plaintiffs' *Monell* and supervisory liability claims against the County of Trinity and Sheriff Saxon under § 1983. *See* Mot., ECF No. 34; Opp'n, ECF No. 35; Reply, ECF No. 37. For the reasons below, the court directs the parties to file supplemental briefing on the constitutional violation issue, i.e., whether plaintiffs sufficiently allege Fourteenth Amendment state-created danger claims under § 1983.

As the previous presiding judge set out in the order granting defendants' first motion to dismiss, a municipality is liable under § 1983 when a constitutional violation can be attributed to its "policy or custom." Prev. Order at 5, ECF 24 (citing *Monell v. New York City Dept. of Soc. Servs.*, 436 U.S. 658, 691 (1978)). Relatedly, a supervisor can be liable under § 1983 based on personal participation in a constitutional violation. *Id*. at 6 (citing *Watkins v. City of Oakland*, 145 F.3d 1087, 1093 (9th Cir. 1998)). With respect to the pending motion, the parties discuss

1

extensively whether the county had a "policy or custom" and whether Sheriff Saxon participated in a constitutional violation. *See* Mot.; Opp'n; Reply. But neither party has discussed whether a constitutional violation has occurred in the first instance, as required for both *Monell* and supervisory liability claims. *See id.* Given the unique facts of this case, the court finds it would benefit from supplemental briefing on the constitutional violation issue.

The court orders the following:

- Defendants shall file a supplemental brief of no more than ten pages addressing the constitutional violation issue by December 2, 2022.
- Plaintiffs shall file an opposition brief of no more than ten pages by December 16, 2022.
- Defendants may file a reply of no more than five pages by December 23, 2022.

IT IS SO ORDERED.

DATED: November 14, 2022.

CHIEF UNITED STATES DISTRICT JUDGE